

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 28, 2018.

_____
Irene Rios, Justice